CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Phyl Grace, Esq., SBN 171771
8033 Linda Vista Rd., Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**,<br><br>   Plaintiff,<br><br>   v.<br><br>**Blow LA, Inc.,** a California Corporation; and Does 1-10,<br><br>   Defendants. | **Case:** 2:19-CV-08799-VAP-SK<br><br>**Plaintiff's Notice of Voluntary Dismissal Without Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff BRIAN WHITAKER, hereby voluntarily dismisses the above captioned action <u>without</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant BLOW LA, INC. has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: January 21, 2020                    CENTER FOR DISABILITY ACCESS


By:_____/s/Phyl Grace_____
Phyl Grace, Esq.
Attorneys for Plaintiff

1