UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:19-cv-08799-VAP-SKx | Date January 24, 2020 |
| Title *Brian Whitaker v. Blow LA, Inc. et al* | |

Present: The Honorable    VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE

| BEATRICE HERRERA | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):      Attorney(s) Present for Defendant(s):

None Present                               None Present

**Proceedings:    MINUTE ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS [DKT. 15] (IN CHAMBERS)**

On December 20, 2019, Defendant Blow LA, Inc. filed a Motion to Dismiss. (Dkt. 15). Plaintiff Brian Whitaker filed a Notice of Voluntary Dismissal on January 21, 2020. (Dkt. 19). Accordingly, the Court DENIES as moot the Motion to Dismiss and VACATES all currently set dates.

**IT IS SO ORDERED.**